UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Case No. 20-Cr-
                                [21 U.S.C. §§ 841(a)(1), (b)(1)(D) &
                                846; 924(c)(1)(A)(i)]

ARRIS WEBB,

        Defendant.

**20-CR-013**

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

Beginning on approximately October 1, 2019, and ending on or about November 13, 2019, in the State and Eastern District of Wisconsin,

**ARRIS WEBB**

knowingly and intentionally conspired with others known and unknown to the grand jury to possess with intent to distribute and distribute marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D) and 846.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about November 13, 2019, in the State and Eastern District of Wisconsin,

**ARRIS WEBB**

knowingly possessed a firearm in furtherance of the conspiracy to distribute marijuana, a Schedule I controlled substance, as charged in Count One.

2. The firearm is more fully described as a Taurus G2C 9 millimeter handgun bearing serial number TLX76004.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE NOTICE

1. Upon conviction of the controlled substance offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. The properties subject to forfeiture include, but are not limited to, a sum of money representing the amount of proceeds obtained as a result of the offense charged in Count One of this Indictment.

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 924(c) set forth in Count Two of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 924(c), including, but not limited to: a Taurus G2C 9 millimeter handgun bearing serial number TLX76004.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL:

FOREPERSON
Date: January 22, 2020

for /s/ Kelly B. Watzka
MATTHEW D. KRUEGER
United States Attorney