# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.                                                                    Case No. 20-CR-13

**ARRIS WEBB,**

    Defendant.

## REPORT AND RECOMMENDATION

On December 17, 2020, defendant Arris Webb appeared before me via video conference for a Federal Rule of Criminal Procedure 11 hearing. Pursuant to the Coronavirus Aid, Relief, and Economic Security ("CARES") Act of 2020, I found that the plea could not be further delayed without serious harm to the interest of justice. Webb waived his right to appear in person and consented to appear via videoconference.

Webb entered a plea of guilty to Count One of the Indictment. After cautioning and examining Webb under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent factual basis containing each of the essential elements of the offense.

**NOW, THEREFORE, IT IS RECOMMENDED** that Webb's plea of guilty be accepted; that a presentence investigation and report be prepared; and that Webb be adjudicated guilty and have sentence imposed accordingly.

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b), or Federal Rules of Civil Procedure 72(b) if applicable, whereby written objections to any recommendation or order herein, or part thereof, may be filed within fourteen days of the date of service of this recommendation or order. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin this 17th day of December, 2020.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge